MARY B. SAUERLAND, Plaintiff-Appellant, *v.* KEITH A. SAUERLAND, Defendant-Appellee.

(No. 56018;

First District (2nd Division)—June 29, 1973.

Opinion by Mr. JUSTICE LEIGHTON.

Thomas C. Kearns, of Arlington Heights, for appellant.

No appearance for appellee.

PATRICIA R. DEAHL, Plaintiff-Appellee, *v.* BENJAMIN T. DEAHL, Defendant-Appellant.

(Nos. 55345, 56124 cons.;

First District (5th Division)—June 29, 1973.